**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| In Re: | Case No:   02-65658 |
| THOMAS EDWARD WOOTEN | |
| DEBORAH SUE WOOTEN | Judge:   C KATHRYN PRESTON |
| 20 POCONO RD | |
| COLUMBUS, OH  43235 | |

DEBORAH SUE WOOTEN
20 POCONO RD
COLUMBUS, OH  43235

SSN(S):    XXX-XX-8345
           XXX-XX-0342

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:  August 19, 2009            /s/ Frank M. Pees
                                   Frank M. Pees
                                   Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| VERIZON WIRELESS | 29.05 |
| 26935 NORTHWESTERN HWY #100 | |
| SOUTHFIELD, MI  48033 | |